IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00789-AP

VICTORIA H. STANSBURY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____


**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| David F. Chermol, Esq. | Jessica Milano |
| Chermol & Fishman, LLC | Special Assistant United States Attorney |
| 11450 Bustleton Avenue | Assistant Regional Counsel |
| Philadelphia, PA 19116 | Office of the General Counsel |
| (215) 464-7200 | Social Security Administration |
| (215) 464-7224 (fax) | 1001 17th Street |
| dave@ssihelp.us | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed:     **March 28, 2012**

    B.     Date Complaint was Served on U.S. Attorney's Office:     **July 6, 2012**

    C.     Date Answer and Administrative Record Were Filed:     **September 4, 2012**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.     Plaintiff's Opening Brief:     **November 5, 2012**

    B.     Response Brief due:     **December 5, 2012**

    C.     Reply Brief due:     **December 20, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement:  **Plaintiff does not request oral argument.**

      B.      Defendant's Statement:  **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      (  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.      ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 24TH day of September, 2012.

                                      BY THE COURT:

                                      *s/John L. Kane* _____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Jessica Milano for*  
David F. Chermol, Esq.  
Chermol & Fishman, LLC  
11450 Bustleton Avenue  
Philadelphia, PA 19116  
(215) 464-7200  
(215) 464-7224 (fax)  
dave@ssihelp.us  

Attorney for Plaintiff  

(SIGNED PER ELECTRONIC AUTHORIZATION)

JOHN F. WALSH  
United States Attorney  

WILLIAM G. PHARO  
Assistant United States Attorney  
United States Attorney's Office  
District of Colorado  

*s/ Jessica Milano*  
Jessica Milano  
Special Assistant United States Attorney  
1001 17th Street  
Denver, CO 80202  
(303) 844-7136  
(303) 844-0770 (fax)  
jessica.milano@ssa.gov  

Attorneys for Defendant

4

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

dave@ssihelp.us (David F. Chermol, Esq., counsel for Plaintiff)
nate@ssihelp.us
william.pharo@usdoj.gov
USACO.ECFCivil@usdoj.gov
jessica.milano@ssa.gov

                                              *s/ Jessica Milano*
                                              Office of the General Counsel
                                              Social Security Administration