IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00789-AP

VICTORIA H. STANSBURY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| David F. Chermol, Esq. | Jessica Milano |
| Chermol & Fishman, LLC | Special Assistant United States Attorney |
| 11450 Bustleton Avenue | Assistant Regional Counsel |
| Philadelphia, PA 19116 | Office of the General Counsel |
| (215) 464-7200 | Social Security Administration |
| (215) 464-7224 (fax) | 1001 17th Street |
| dave@ssihelp.us | Denver, CO 80202 |
|  | (303) 844-7136 |
|  | (303) 844-0770 (fax) |
|  | jessica.milano@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    **March 28, 2012**

    B.    Date Complaint was Served on U.S. Attorney's Office:    **July 6, 2012**

    C.    Date Answer and Administrative Record Were Filed:    **September 4, 2012**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:    **November 5, 2012**

    B.    Response Brief due:    **December 5, 2012**

    C.    Reply Brief due:    **December 20, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  **Plaintiff does not request oral argument.**

    B.    Defendant's Statement:  **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24TH day of September, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*  <br>David F. Chermol, Esq.  <br>Chermol & Fishman, LLC  <br>11450 Bustleton Avenue  <br>Philadelphia, PA 19116  <br>(215) 464-7200  <br>(215) 464-7224 (fax)  <br>dave@ssihelp.us  <br><br>Attorney for Plaintiff  <br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH  <br>United States Attorney  <br><br>WILLIAM G. PHARO  <br>Assistant United States Attorney  <br>United States Attorney's Office  <br>District of Colorado  <br><br>*s/ Jessica Milano*  <br>Jessica Milano  <br>Special Assistant United States Attorney  <br>1001 17th Street  <br>Denver, CO 80202  <br>(303) 844-7136  <br>(303) 844-0770 (fax)  <br>jessica.milano@ssa.gov  <br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

dave@ssihelp.us (David F. Chermol, Esq., counsel for Plaintiff)
nate@ssihelp.us
william.pharo@usdoj.gov
USACO.ECFCivil@usdoj.gov
jessica.milano@ssa.gov

*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration