IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-789-AP**

**VICTORIA H. STANSBURY,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (doc. #20), filed March 31, 2013.  In light of the subsequently filed Stipulation (doc. #21), filed April 15, 2013 , the motion is **GRANTED** in the amounts stipulated**.**  It is, therefore

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees in the amount of **$5,227.20** and expenses in the amount of **$350.00**.

Dated at Denver, Colorado, this 16th day of April, 2013.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT